# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
REBECCA CRAGIN

**DEFENDANTS**
SUNMIST RESTAURANT, INC., GEORGE AVGERIS, individually and as agent of SUNMIST RESTAURANT, INC.

FILED
NOVEMBER 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Joel F. Handler
55 W. Wacker Drive, Suite 950
Chicago, Illinois 60601; 312-621-0008

Attorneys (If Known)

07 C 6705
JUDGE ZAGEL
MAGISTRATE JUDGE BROWN

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Sexual harassment under Title VII of the Civil Rights Act of 1964, as amended.

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 11/12/07
SIGNATURE OF ATTORNEY OF RECORD: [signature]