IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA CRAGIN,<br><br>    Plaintiff,<br><br>v.<br><br>SUNMIST RESTAURANT, INC.,<br>GEORGE AVGERIS, individually and as<br>agent of SUNMIST RESTAURANT, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No.: 07 C 6705<br>)   Assigned Judge: Zagel<br>)   Designated Magistrate<br>)   Judge Brown<br>)<br>)<br>) |

## NOTICE OF FILING

TO:

PLEASE TAKE NOTICE that on the 28th day of December 2007, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois the following, a copy of which is attached hereto: ***Defendant, Sunmist Restaurant, Inc.'s Waiver of Service of Summons.***

                       s/ Joel F. Handler
                       Joel F. Handler (#1115812)
                       55 West Wacker Drive, Suite 950
                       Chicago, Illinois 60601
                       (312) 621-0008

                       JOEL F. HANDLER (#1115812)
                       Attorney for the Plaintiff,
                       Rebecca Cragin

# CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, served the above-listed document to the above named individual by electronic delivery to the above-listed address on the 28th day of December, 2007.

s/ Joel F. Handler