## United States District Court for the Northern District of Illinois

Case Number: 07cv6705         Assigned/Issued By: j. n.

Judge Name:                   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__2__ Original and __2__ copies on __12-28-07__ as to __all defendants__
                                    (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05