<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 5, 2008, a copy of the foregoing *Appearance,* was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Mr. Joel F. Handler
jhandler@cogan-mcnabola.com

s/Kenneth C. Apicella
Kenneth C. Apicella, ARDC #6269344
**NIELSEN, ZEHE & ANTAS, P.C.**
55 West Monroe Street, 18th Floor
Chicago, IL 60603
Phone:          (312) 322-9900
Fax:              (312) 322-9977
E-mail:          kapicella@nzalaw.com