IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA CRAGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 07 C 6705 |
| | ) |
| SUNMIST RESTAURANT, INC., | ) Judge Zagel |
| GEORGE AVGERIS, individually and as | ) |
| agent of SUNMIST RESTAURANT, INC., | ) Magistrate Judge Brown |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Mr. Joel F. Handler
      55 W. Wacker Drive
      Suite 950
      Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on February 12, 2008, at 10:15 a.m., I shall appear before the Honorable Judge James B. Zagel, presiding in Room 2503 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois, and present the attached *Motion for Enlargement of Time to Answer or Otherwise Plead*.

                                                  **s/Kenneth C. Apicella**
                                                  Kenneth C. Apicella, ARDC #6269344
                                                  Attorneys for Defendant
                                                  NIELSEN, ZEHE & ANTAS, P.C.
                                                  55 West Monroe Street, Suite 1800
                                                  Chicago, Illinois 60603
                                                  Telephone:   (312) 322-9900
                                                  Facsimile:   (312) 322-9977
                                                  E-mail:         kapicella@nzalaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2008, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system.

Mr. Joel F. Handler<br>
jhandler@cogan-mcnabola.com

      **s/Kenneth C. Apicella**
Kenneth C. Apicella, ARDC #6269344
Attorneys for Defendant
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe Street, Suite 1800
Chicago, Illinois 60603
Telephone:	(312) 322-9900
Facsimile:	(312) 322-9977
E-mail:		kapicella@nzalaw.com