**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Rebecca Cragin

                             Plaintiff,

v.                                                       Case No.: 1:07−cv−06705
                                                          Honorable James B. Zagel

Sunmist Restaurant, Inc., et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge James B. Zagel :Motion for extension of time to answer until 3/6/2008 [12] is granted. Status hearing set for 5/21/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.